DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MITZI PAPILLON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3092

[January 7, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 15015983CF10A.

Antony P. Ryan, Regional Counsel, Office of Criminal and Civil Regional Counsel, Fourth District and Richard G. Bartmon, Assistant Regional Counsel, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***